ACCEPTED
04-15-00114-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/16/2015 4:41:34 PM
KEITH HOTTLE
CLERK

# No 04-15-00114-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

7/16/2015 4:41:34 PM

KEITH E. HOTTLE
Clerk

## HARI PRASAD KALAKONDA AND LATHA KALAKONDA, *Appellants*

### v.

## ASPRI INVESTMENTS, LLC, *Appellee*

On Appeal from 45th Judicial District Court
of Bexar County, Texas, Cause No: 2014-CI-16394,
the Honorable Judge Karen H. Pozza, presiding.

## APPELLANTS' SECOND MOTION
## TO EXTEND TIME TO FILE BRIEF

Appellants, Hari Prasad Kalakonda and Latha Kalakonda, respectfully request the Honorable Court to grant a 15 day extension to file their brief, and would show the court as follows:

1. The deadline for filing the Appellants brief is July 17th, 2015.

2. This is the second extension sought to file the Appellants brief.

3. The length of extension sought is up to August 3rd 2015.

4. A request to treat a closely related cause number 04-15-00340 as interlocutory and hence accelerated is under consideration by this Honorable Court. The outcome of the decision by the Court has a considerable impact on the brief

1

and its contents.

5. Under these circumstances the Appellants are not ready with a brief that can be submitted to the Court which is concise and issue focused.

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with the Appellee's lead attorney and he doesn't oppose this Motion.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellants respectfully request that this Court grant them a fifteen day extension up to August 3rd 2015 to file their Brief.

Respectfully submitted.

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda

Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com
*PRO-SE APPELLEANTS*

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Tex. R. App. P.9.4 (e) because it has been prepared in a conventional typeface no smaller than 14-point font for text and 12-point for footnotes. This document also complies with the word-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 176 words, excluding any parts exempted by Tex. R. App. P. 9.4(i) (l).

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda
Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com
*PRO-SE APPELLEANTS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served via eFile (to the extent the same was possible) and via facsimile (to the extent service through said eFile was not possible) at the same time as the foregoing was e-filed with the Court on July 16th, 2015.

Michael D. Conner
State Bar No. 04688650
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: (713) 220-9162
Facsimile: (713) 223-9319
Email: mconner@hirschwest.com

Eric S. Lipper
State Bar No. 12399000
1415 Louisiana, 36th Floor
Houston, Texas 77002
Telephone: (713) 220-9182
Facsimile: (713) 223-9319
Email: elipper@hirschwest.com

Frederick L. Fuhr
T.B.A. No. 00798193
107 Landing Blvd., Ste. F
League City, Texas 77573
Telephone 281.332.1400
Facsimile 281.332.8885
Email: ffuhr@aol.com

ATTORNEYS FOR APPELLE

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda
Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com
*PRO-SE APPELLEANTS*